UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim No. 07-549**

UNITED STATES OF AMERICA v. <u>Hanif Zeigler</u>
                              Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1.   **Hanif Ziegler SBI # 480186C, Inmate # 562199** is now confined in SOUTH WOODS STATE PRISON.

2.   **Hanif Ziegler SBI # 480186C, Inmate # 562199** will be required at the <u>United States District Court in Newark, New Jersey</u> before the <u>Honorable William H. Walls</u> on <u>Monday, October 27, 2008,</u> at <u>9:30 am</u> for a <u>Motions Hearing</u> in the captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  October 22, 2008          <u>/s/  Lisa M. Colone          </u>
                                   Lisa M. Colone
                                   Assistant United States Attorney
                                   Petitioner - 973-645-2747

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 22 Oct 08

                                   HON. WILLIAM H. WALLS, Senior Judge
                                   UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the South Woods State Prison.
We Command You that you have the body of **Hanif Ziegler SBI # 480186C, Inmate # 562199**  (by whatever name called or charged) now confined in <u>South Woods State Prison</u> brought to the <u>United States District Court in Newark, New Jersey</u> on <u>Monday, October 27, 2008,</u>  at <u>9:30am</u> for a <u>Motions Hearing</u> in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls, Senior Judge
United States District Judge at Newark, N.J.

DATED: 10/23/08          WILLIAM T. WALSH
                          Clerk of the U.S. District Court
                          for the District of New Jersey

                     Per: _____