UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**On Warrant Criminal No.** _____

UNITED STATES OF AMERICA v. HANIF ZEIGLER

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1.   **Hanif Zeigler** DOB 06/15/1981, SBI# 480186C is now confined at the South Woods State Prison.

2.   Said individual will be required at the United States District Court in Newark, New Jersey, on Monday, January 5, 2009, at 10:00 a.m. for a Plea before Hon. William H. Walls in the above captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: December 23, 2008          /s/ LISA M. COLONE
                                  LISA M. COLONE
                                  Assistant United States Attorney
                                  Petitioner, (973) 645-2747

---

ORDER FOR WRIT:   Let the Writ Issue.
DATED:  23 Dec 2008

                                  HON. WILLIAM H. WALLS
                                  UNITED STATES DISTRICT JUDGE

---

WRIT OF HABEAS CORPUS:   The United States of America to

WARDEN OF SOUTH WOODS STATE, WE COMMAND that you have the body of **Hanif Zeigler, DOB 6/15/1981 SBI # 480186C,** now confined in South Woods State Prison, brought to the United States District Court, Newark, N.J. on Monday, January 5, 2009, at 10:00 a.m. for a Plea before Hon. William H. Walls, in the above-captioned matter.  The defendant shall remain in federal custody until these proceedings are completed.  Immediately on completion of these proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States District Judge at Newark, NJ.

DATED:                            WILLIAM T. WALSH
                                  Clerk of the U.S. District Court
                                  for the District of New Jersey

                                  Per: _____
                                       Deputy Clerk