UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim No. 07-549**

UNITED STATES OF AMERICA v. <u>Hanif Zeigler</u>
                                    Defendant

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1.   **Hanif Ziegler SBI # 480186C, Inmate # 562199** is now confined in SOUTH WOODS STATE PRISON.

2.   **Hanif Ziegler SBI # 480186C, Inmate # 562199** will be required at the <u>United States District Court in Newark, New Jersey</u> before the <u>Honorable William H. Walls</u> on <u>Tuesday, January 13, 2009,</u> at <u>9:30 am</u> for a <u>Plea Hearing</u> in the captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED:   January 5, 2009         /s/   Lisa M. Colone
                                 Lisa M. Colone
                                 Assistant United States Attorney
                                 Petitioner - 973-645-2747

ORDER FOR WRIT:   Let the Writ Issue.

DATED:

                                 HON. WILLIAM H. WALLS, Senior Judge
                                 UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the South Woods State Prison.
We Command You that you have the body of **Hanif Ziegler SBI # 480186C, Inmate # 562199**   (by whatever name called or charged) now confined in <u>South Woods State Prison</u> brought to the <u>United States District Court in Newark, New Jersey</u> on <u>Tuesday, January 13, 2009,</u> at <u>9:30am</u> for a <u>Plea Hearing</u> in the above-captioned matter.   Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls, Senior Judge
United States District Judge at Newark, N.J.

DATED:                           WILLIAM T. WALSH
                                 Clerk of the U.S. District Court
                                 for the District of New Jersey

                                 Per: _____
                                      Deputy Clerk