UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. William H. Walls |
| v. | : Criminal No. 07-549 |
| STANLEY FOOTE,<br>   a/k/a "Murder" and<br>HANIF ZEIGLER,<br>   a/k/a "Buck" | : <u>CONTINUANCE ORDER</u><br>: |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Lisa M. Colone, Assistant U.S. Attorney, appearing), defendant Stanley Foote (Michael Pedicini, Esq., appearing) and defendant Hanif Zeigler (Alan Dexter Bowman, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize plea agreements, which would render trial of this matter unnecessary;

2. Defendants have consented to the aforementioned continuance;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this __16__ day of March, 2009,

IT IS ORDERED that this action be, and hereby is, continued for a period of 60 days; and it is further

ORDERED that the period from April 10, 2009 through and including June 10, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); and it is further

ORDERED that the trial for this matter shall be set for June 9, 2009.

_____
HON. WILLIAM H. WALLS
United States District Judge