UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim No. 07-549

UNITED STATES OF AMERICA v. <u>Hanif Zeigler</u>
Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Hanif Ziegler SBI # 480186C, Inmate # 562199** is now confined in SOUTHWOOD STATE PRISON,

2. **Hanif Ziegler SBI # 480186C, Inmate # 562199** will be required at the <u>United States District Court in Newark, New Jersey</u> before the <u>Honorable William H. Walls</u> on <u>Tuesday, April 28, 2009,</u> at <u>9:30 a.m.</u> for a <u>Plea Hearing</u> in the captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED: April 1, 2009

_____
R. Joseph Gribko
Assistant United States Attorney
Petitioner - 973-645-2765

ORDER FOR WRIT: Let the Writ Issue.

DATED: 9 April 2009

_____
HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Southwood State Prison.
We Command You that you have the body of **Hanif Ziegler SBI # 480186C, Inmate # 562199** (by whatever name called or charged) now confined in <u>Southwood State Prison</u> brought to the <u>United States District Court in Newark, New Jersey</u> on <u>Tuesday, April 28, 2009,</u> at <u>9:30 a.m.</u> for a <u>Plea Hearing</u> in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls,
United States District Judge at Newark, N.J.

DATED:

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk